**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Anthony Duane SCOTT, Defendant–Appellant.**

**No. 06–7780.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 22, 2007.

Decided: March 29, 2007.

Anthony Duane Scott, Appellant Pro Se. John Castle Parr, Office of the United States Attorney, Wheeling, West Virginia, for Appellee.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Duane Scott appeals the district court's order accepting the recommendation of the magistrate judge and denying with prejudice his motion for a reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Scott,* No. 5:02–cr–00047–FPS (N.D.W.Va. Aug. 10, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*